IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELIZABETH GUEVARA, *et al.*　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:　　Civil Action No.: 10-1941 (RMC)
　　　　　　　　　　　　　　　　　　　:
CHUKEWUEMEKA ONYEWU, M.D.　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　　　:

**Expert Report of Michael Vincent, MD, FACS**

**Witness:**　　Michael Vincent, M.D., FACS　　　　**Date:**　　August 25, 2011
　　　　　　　9715 Medical Center Drive, Suite 315
　　　　　　　Rockville, Maryland 20850

A.　　Qualifications and Bases of Opinions

　　　I am a board certified Plastic Surgeon, licensed in Maryland, Virginia and the District of Columbia. I currently serve as the Chief of Plastic Surgery at Shady Grove Adventist Hospital. A copy of my *curriculum vitae* is attached hereto. I have reviewed the Amended Complaint for Damages, the office records of Dr. Chukwuemeka Onyewu, the records of Providence Hospital for the surgery and hospitalization 6/27-7/1/2007, and the records of Gregory Papa, D.O., Mid-Atlantic Spine and Pain Physicians, and the Union Hospital 8/6/10 and 6/9/11 surgeries, copies of undated postoperative photos of the patient's arms and abdomen, and the 5/31/2011 statement of Dr. Christopher Saunders.

B. Summary of Opinions

　　　The patient, Elizabeth Guevara, first consulted with Dr. Onyewu on 4/26/07 complaining of an abdominal deformity following the removal of a pain pump reservoir that apparently had become infected after a motor vehicle accident. Dr. Onyewu discussed possible abdominal wall reconstruction which would be filed for her health insurance and a possible brachioplasty (arm lift), liposuction for her thighs, and possible fat injection to the face. Mrs. Guevara decided to have all the procedures done, and Dr. Onyewu saw the patient again on 6/11/07 for her preop appointment. The records document the preop instructions, the preop lab tests that were ordered, the postop arm garments that were ordered, and the preauthorization process for the abdominal surgery which included a planned one night in-patient stay.

　　　Ms. Guevara underwent surgery at Providence Hospital on 6/27/07 which included the abdominal wall reconstruction, bilateral upper brachioplasty, and liposuction of her inner thighs. A review of the operative notes for the surgery indicate surgical techniques that are within the standard of care. The surgical sites of the arms were closed with 2-0 Vicryl and 4-0 Moncryl which is identical to the way I close these areas, and suggest proper tension at the completion of

EXHIBIT

A

the closure. The surgery took 4 hours and 17 minutes which seems reasonable for this type of surgery. She was admitted as planned. She had some postop issues including significant pain, coffee-grounds like emesis, and high blood pressure. She was transferred to an acute bed for better control, and was transferred to a regular room on the second postop day. These issues can happen to any patient, were all medically managed appropriately, and do not represent care that fell below the standard of care. She was discharged on 7/1/07.

She was seen again in the postop period by Dr. Onyewu on 7/5, 7/12, 7/16, 7/26, 8/13, 9/10, and 10/16/07 and I believe her postop care was well within the standard of care. The right arm appeared to heal uneventfully, and the abdomen healed well except for small localized seromas treated by percutaneous apirations. Blistering was noted on the left arm fairly early on, and Dr. Onyewu treated these areas with Silvadene which is a common burn cream. All areas were healed by the 8/13/07 visit, and he suggested scar massage to all areas. He performed a minor revision to small areas or residual fullness of the distal upper left arm, left flank, and right anterior thigh in his office on 10/16/07 which is the last documented visit.

The photos show keloid type scarring of her upper arms with the left side being worse than the right. Hypertrophic scarring and/or keloid formation can happen to any patient, even after the best surgical technique. This abnormal scarring is more related to the healing characteristics of the patient, and is more common in patients like Mrs. Guevara with darker skin colors. It is my professional opinion that Mrs. Guevara's keloidal type scars are related to the innate healing properties of Mrs. Guevara, and not a surgical technique that was incorrectly done. A patient can have multiple operations, and only have keloids develop in one site-that is the idiopathic or unknown behavior of keloidal scarring.

In conclusion, Dr Onyewu appears to have utilized surgical techniques within the standard of care. The apparent scarring of the arms in Mrs. Guevara were proximately caused by inherent healing characteristics of the patient with keloids being much more common in darker skin types, not by any breach of the standard of care by Dr. Onyewu.

C.    Prior Testimony

I have provided expert in court testimony for the defense for two cases in the last 4 years for the law firm of Wharton Levin Ehrmantraut & Klein (410-263-5900). The most recent court testimony was on 8/16/11 in the Shea v. Chappell case in Annapolis with attorney Michelle Mitchell. The other court testimony was on 10/15/2009 in the Dowtin v. Burton case in PG County.

D.    Summary of Professional Charges

1.    $400/hour to review the medical records;

2.      $500/hour to provide a deposition testimony with a minimum of two hours;

3.      $750/hour to provide video deposition testimony with a minimum of two hours;

4.      $9500 plus expenses for court testimony;

5.      Cancellation policy:   Scheduling a deposition and/or court testimony requires advance planning.   Last minute cancellations make it challenging to reschedule this time. Therefore, payment is still due if "last minute" cancellations are made.   Payment for deposition testimony will still be due if the deposition is cancelled less than 4 business days prior to the scheduled time.   Payment for court testimony is still due if the court testimony is cancelled less than 15 business days prior to the scheduled day.

Michael Vincent, MD, FACS

3

August 2011

## CURRICULUM VITAE

***Name:***
Michael Paul Vincent

***Office Address:***
9715 Medical Center Drive
Suite 315
Rockville, MD 20850
301-738-9137
301-738-7920 (FAX)

***Home Address:***
11812 Piney Glen Lane
Potomac, MD 20854

***Date/Place of Birth:***
August 8, 1950
Ottawa, Ontario, Canada

***Citizenship:***
U.S.A.

***Spouse:***
Mary

***Children:***
Kathryn Blair Vincent, 7/25/79
Jonathan Michael Vincent, 6/13/81
Marc Andrew Vincent, 3/30/86
Caroline Wyatte Vincent, 4/7/89

***Education:***

| | | |
|---|---|---|
| Duke University Durham, NC | B.A. (Chemistry) | 9/68-5/72 |
| Duke University | M.D. | 9/72-5/76 |

Curriculum Vitae
Michael P. Vincent

## Post Graduate Training:

| | | | |
|---|---|---|---|
| Internship: | National Naval Medical Center (NNMC) Bethesda, MD | Surgery | 7/76-6/77 |
| Residency: | National Naval Medical Center (NNMC) Bethesda, MD | General Surgery | 8/77-7/81 |

## Fellowship and Other Post-Doctoral Training:

| | | |
|---|---|---|
| 1) Eastern Virginia Graduate School of Medicine Norfolk, VA | Plastic Surgery | 1/82-6/84 |
| 2) Eastern Virginia Graduate School of Medicine Norfolk, VA | Hand Surgery | 10/82-12/82 4/83-6/83 |
| 3) Eastern Virginia Graduate School of Medicine Norfolk, VA | Microsurgery Course | 7/1-7/31/83 |
| 4) Manhattan Eye, Ear, Nose & Throat Infirmary, New York Eye and Ear | Oculoplastic Surgery | 10/83-12/83 |

## Academic Positions:

| | |
|---|---|
| 1) Clinical Associate Professor of Surgery, Uniformed Services University of the Health Sciences, Bethesda, MD | 1989-2006 |
| 2) Clinical Care Consultant in Plastic Surgery, National Institutes of Health Clinical Center, Bethesda, MD | 1987-2006 |
| 3) Consultant, Water Reed Army Medical Center Washington, DC | 1989-1993 |
| 4) Consultant, Office of the Attending Physician on Capitol Hill, holding a monthly clinic at the U.S. Capitol, Washington, DC | 1989-1992 |

Curriculum Vitae
Michael P. Vincent

## *Military:*

| Active Duty Service | 5/72-9/92 |
Captain, Medical Corps, U.S. Navy (Retired)
SSN:  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

## *Licensure:*

| 1) Maryland | D24403 | Expires 9/30/11 |
| 2) Virginia | 0101033383 | Expires 8/31/12 |
| 3) District of Columbia | 17750 | Expires 12/31/12 |

## *Board Certification:*

| National Board of Medical Examiners | 7/1/77 |
| The American Board of Surgery | 11/10/82 Recertified 1/92 |
| The American Board of Plastic Surgery | 11/14/85 |

## *Organizations:*

1) Fellow – American College of Surgeons (ACS)

2) Member – American Society of Plastic Surgeons (ASPS)
   (Former member Board of Directors)

3) Member – The American Society for Aesthetic Plastic Surgery (ASAPS)

4) Member – Plastic Surgery Educational Foundation (PSEF)

5) Member – National Capital Society of Plastic Surgeons
   (Former member Executive Board)

6) Member – Montgomery County Medical Society

Curriculum Vitae
Michael P. Vincent

7) Member – PSEF In-Service Committee (1986-1990)

8) Former Representative to the Association of American Medical Colleges (AAMC) for the PSEF

9) Member – Washington Chapter of Operation Smile (Volunteer organization aimed at the surgical reconstruction of congenital deformities in children.) Participated in volunteer missions to the Philippines and Africa in 1983, 1987, 1988, and 1989.

10) Medical Advisor – "My Image After Breast Cancer," a Y-ME Affiliate support group, 1986-Present.

**Positions:**

1) Chief, Plastic Surgery, Shady Grove Hospital, 1995-1997, 1999-Present

2) Chief, Plastic Surgery, Holy Cross Hospital, 1998-2006

3) Former Chief, Plastic Surgery, NNMC, 1984-1992

**Awards/Honors:**

1) Magna Cum Laude, Duke University – 5/72

2) Phi Beta Kappa, Duke University – 5/72

3) First Prize, Congenital Category, Senior Residents Conference, Columbus, OH, "Repair of the Cleft Lip Nasal Deformity," P. Humber, W. Magee, and M. Vincent, 5/83.

4) First Prize, Congenital Category, Senior Residents Conference, San Francisco, CA, "Levator Advancement with Preservation of Muller's Muscle in the Treatment of Congenital Ptosis," M. Vincent and J. Carraway, 5/4/84.

5) Second Prize, Resident Competition, Eighth Annual Flap Symposium, Norfolk, VA, "Medial Plantar Flaps in the Elderly Patient," G. Davis, W. Deluca, and M. Vincent, 5/84.

6) Recipient of multiple Physician Recognition Awards.

Curriculum Vitae
Michael P. Vincent

7) Voted best teacher in surgery at the annual Intern "Hail and Farewell," NNMC, 6/27/86.

8) Letter of Appreciation, Naval Medical Command, National Capital Region, 10/28/87.

9) Letter of Commendation, Naval Medical Command, National Capital Region, 1/15/88.

10) Davis & Geck Cine clinics award for videotape "Breast Reconstruction – An Overview and the TRAM Flap," 1989.

11) Awarded Navy Commendation Medal for Meritorious Service in support of Operations Desert Shield/Desert Storm, 4/9/92.

## *Research:*

Phytohemagglutinin Stimulation of Lymphocytes, Duke University, 1/75-3/75

## *Publications:*

1) Vincent, M.P. and Bokinsky, G.:  Spontaneous Thrombosis of Pampiniform Plexus, Urology, Vol. XVII, No.2: 175 (2/81).

2) Downey, E.F., Pyatt, R.S., Vincent, M.P., Evans, D.R., and Daye, S.:  Upper Gastrointestinal Diverticula, J. Comp. Assisted Tom. 6:193, 1982.

3) Vincent, M.P. and Smith, L.E.:  Management of Perforation Due to Colonoscopy, Diseases of the Colon and Rectum, Vol. 26, No.1:  61, 1983.

4) Vincent, M.P. and Magee, W.:  Neoplasms of the Skin including Melanoma, Chapter in the book, Oncology for the Student and Practitioner, 1983.

5) Vincent, M.P. and McGraw, J., editors 8th Annual Flap Dissection Workshop Manual, 5/84.

6) Carraway, J. and Vincent, M.P.:  Levator Advancement Technique for Eyelid Ptosis.  Plast. Reconstr. Surg. 77:394, 3/86.

Curriculum Vitae
Michael P. Vincent

7) Carraway, J., Vincent, M.: "Reconstruction of Eyelid Deformities," Chapter in the book, Essentials of Plastic, Maxillofacial and Reconstructive Surgery, Georgiade, N.G., Georgiade, G.S., Riefkohl, R., and Barwick, W.J. (ed), Williams and Wilkins, Baltimore, 1987.  Second edition, 1992, Third edition 1997.

8) McCraw, J.B., Penix, J.O., Freeman, B.G., Vincent, M.P., and Wirth, F.V.:  Soft Tissue Repair of Myelomeningocele Defects Using Bilateral Latissimus Dorsi and Trapezius Musculocutaneous Flaps, Ann. Plast. Surg., Vol. 18, No. 2:  147, 2/87.

9) Vincent, M.P., Horton, C.E., and Devine, C.J., Jr.:  An Evaluation of Skin Grafts for Reconstruction of the Penis and Scrotum, Clinics in Plastic Surgery, Vol. 15, No. 3:  411, 7/88.

10) Carraway, J., and Vincent, M.P.:  "Ptosis Surgery – An Overview," Chapter in the book, PSEF:  Instructional Courses, C.V. Mosby Co., Washington, DC, 1988, p. 35-47.

11) Ross, G. and Vincent, M.P.:  Multiple Applications for Tissue Expanders. Navy Medicine, Vol. 79, No. 1: 24, 1988.

12) Vincent, M.P.:  Initial Management of Facial Trauma in Wartime. International Review of the Armed Forces Medical Services, 9/15/88, p. 193-196.

13) Vincent, M.P.:  Book Review of Oculoplastic, Orbital, and Reconstructive Surgery, Vol. II, edited by A. Hornblass.  Plast. Reconstr. Surg. 86:  1033, 11/90.

14) Vincent, M.P.:  "Oculoplastic Surgery:  Ectropion and Entropion," Chapter in the book, Plastic Surgery Educational Foundation Instruction Courses, Volume 5, C.V. Mosby Co., Washington, DC, 1992.

15) Vincent, M.P.:  "Oculoplastic Surgery:  Management of Acquired Eyelid Ptosis, Ectropion and Entropion," Chapter in the book, Mastery of Surgery: Plastic Surgery, Little, Brown, and Col, Boston, MA, 1994.

### *Major Presentations:*

1) "An Evaluation of Skin Grafts for Reconstruction of the Penis and Scrotum," M.P. Vincent, C. Horton, C. Devine, Annual meeting of the Southeastern Society of Plastic and Reconstructive Surgeons, Amelia Island, FL, May, 1983.

Curriculum Vitae
Michael P. Vincent

2) "Latissimus Dorsi Myocutaneous Flap Reconstruction for Myleomeningocele Defects," M.P. Vincent, J. McGraw, J. Penix, B. Freeman, Annual meeting of the American Society of Plastic and Reconstructive Surgeons, Dallas, TX, October, 1983.

3) "Repair of the Cleft Lip Nasal Deformity," M.P. Vincent, P. Humber, W. Magee, Annual meeting of the Southeastern Society of Plastic and Reconstructive Surgeons, Williamsburg, VA, 5/2/84.

4) "Breast Sensibility:  A Neurophysiological Appraisal," M.P. Vincent, J. Terzis, Annual Meeting of the American Society for Aesthetic Plastic Surgery, Washington, DC, 3/30/84.

5) "Levator Advancement with Preservation of Muller's Muscle in the Treatment of Congenital Ptosis," M.P. Vincent, J. Carraway, Senior Resident's Conference, San Francisco, CA, 5/4/84.  First prize in Congenital Category.

6) "Levator Advancement with Preservation of Muller's Muscle in the Treatment of Ptosis," Carraway, J. and Vincent, M.  Presented by Dr. Vincent at the Annual meeting of the American Society of Plastic and Reconstructive Surgeons, Las Vegas, NV, 10/14/84.

7) "Aesthetic and Reconstructive Considerations in Eyelid Surgery," M.P. Vincent, Washington Chapter of the American College of Surgeons "All Surgeons Day", 3/1/86.

8) "Ptosis, Pseudoptosis, and Brow Ptosis," and "The Use of Large Composite Grafts for Nasal Reconstruction," M.P. Vincent, Annual National Capital Society of Plastic Surgeons – John Staige Davis Society Meeting, Annapolis, MD, 9/6/86.

9) Acted as Faculty Member for the Plastic Surgery Educational Foundation meeting "Reconstructive and Aesthetic Oculoplastic Surgery", Williamsburg, VA, 7/12-7/15/87.  Gave the following four lectures:
- "Evaluation of the Ptosis Patient"
- "The Fasanella-Servat Tarsectomy"
- "Dermal Fat Grafts for Socket Reconstruction"
- "Lid Sharing Procedures for Eyelid Reconstruction"

10) "Eyelid Reconstruction – Principles in the Use of Skin Grafts," M.P. Vincent and J.H. Carraway, Annual meeting of the American Society of Plastic and Reconstructive Surgeons, Atlanta, GA, 11/12/87.

Curriculum Vitae
Michael P. Vincent

11) "Ptosis, Pseudoptosis, and Brow Ptosis," M.P. Vincent, Annual Meeting of the American Society of Plastic and Reconstructive Surgeons, Atlanta, GA, 11/13/87.

12) "The Initial Management of Facial Trauma in Wartime," M.P. Vincent, The XXVII International Congress for Military Medicine and Pharmacy, Interlaken, Switzerland, 5/5/88.

13) "Ectropion Repair:  State of the Art," Scientific exhibit at the Annual meeting of the American Society of Plastic and Reconstructive Surgeons, Toronto, Canada, 10/5-10/6/88, Kurtzman, L., Carraway, J., and Vincent, M.

14) "The Modern Approach to Eyelid Ptosis Surgery," M.P. Vincent, Northeastern Society of Plastic and Reconstructive Surgeons, Newport, RI, 10/7/89.

15) "Breast Reconstruction – An Overview and the TRAM Flap," Videotape by M.P. Vincent and A.E. Seyfer, Presented for the Cine Clinics at the annual American College of Surgeons meeting, Atlanta, GA, 10/18/89.

16) "Immediate Breast Reconstruction – State of the Art," M.P. Vincent and R. Parry, Southern Medical Association, Washington, DC, 11/6/89.

17) Served as Faculty member for the Pan-Pacific Surgical Association Oculoplastic Symposium, Hawaii, 2/10-2/13/90.  Presented four lectures and one videotape.

18) "Plastic Surgery – What the FP Should Know," M.P. Vincent, Academy of Military Family Physicians, Richmond, VA, 3/13/90.

19) "The Modern Approach to Eyelid Ptosis Surgery," M.P. Vincent, Annual meeting of the American Society for Aesthetic Plastic Surgery, Chicago, IL, 4/3/90.

20) "Breast Reconstruction – An Overview and the TRAM Flap," Videotape by M.P. Vincent and A.E. Seyfer.  Selected for the Film Festival presented at the Annual meeting of the American College of Surgeons, San Francisco, CA, 10/10/90.

21) "The Modern Approach to Eyelid Ptosis Surgery:  External Levator Aponeurotic Advancement Repair," M.P. Vincent, video presentation at the Annual meeting of the American Society of Plastic and Reconstructive Surgeons, Boston, MA, 10/24/90.

Curriculum Vitae
Michael P. Vincent

22) "Management of Orbital and Eyelid Trauma," M.P. Vincent, Washington Chapter of the American College of Surgeons, "All Surgeons Day," 3/7/92.

### *Visiting Lectures:*

1) "Eyelid Ptosis – Diagnosis and Management," delivered to the Plastic Surgery Department, Walter Reed Army Medical Center, Washington, DC, 3/14/87.

2) "Cleft Lip and Palate Problems," Department of Surgery Grand Rounds, Kenyatta National Hospital, Kenya, Africa, 9/17/87.

3) "Eyelid Ptosis Surgery," Plastic Surgery Department Grand Rounds, George Washington University, Washington, DC, 10/21/87.

4) "Eyelid Reconstruction," Plastic Surgery Department Grand Rounds, Walter Reed Army Medical Center, Washington, DC, 12/12/87.

5) "Tissue Expansion," Washington, DC Dermatologic Society, 1/26/88.

6) "The World of Surgery Through the Microscope," ASPS Legislative Aide Conference, Washington, DC, 2/6/89.

7) "Eyelid Ptosis Surgery," Walter Reed Army Medical Center Plastic Surgery Grand Rounds, Washington, DC, 2/25/89 and 12/18/91.

8) "Eyelid Reconstruction," Presented to the plastic surgery residents, Eastern Virginia School of Medicine, Norfolk, VA, 6/16/89.

9) "The Use of Flaps for Reconstruction," Department of Surgery Symposium, Kenyatta National Hospital, Kenya, Africa, 9/28/89.

10) Served as Faculty for Breast Cancer Symposium, Charleston Naval Hospital, Charlesdton, SC, 11/13-11/15/89.  Discussed breast reconstruction with both patients and staff and served on a panel.

11) "The Modern Approach to Eyelid Ptosis Surgery," and "Immediate Breast Reconstruction – State of the Art," serving as a visiting professor for the annual United States Air Force Surgeons meeting.

Curriculum Vitae
Michael P. Vincent

12) Served as "visiting professor" at the University of the Health Sciences, Portland, OR, 4/27-4/29/90.  Invited by Dr. Alan Seyfer.  Helped with an eyelid reconstruction case at the VA and gave a talk "The Preoperative Evaluation of the Blepharoplasty Patient."

13) Presented "Breast Implants:  A Plastic Surgeon's Perspective," 2/18/92 at the annual Toxicology Forum in Washington, DC.  This was also published in the Toxicology Forum Proceedings.

### Teaching Courses (Served as Faculty)

1)    Uniformed Services University of the Health Sciences Microsurgery Course:

- Instructor's Course – 11/3-11/14/86, 80 hours CME I credit
- Instructor – 3/30-4/10/87
- Course Director – 6/22-7/3/87
- Instructor – 3/14-3/18/88
- Instructor – 6/6-6/10/88
- Course Director – 2/27-3/10/89
- Instructor – 5/14-5/18/90
- Instructor – 12/4-12/6/91

2)    Co-instructor at Plastic Surgery Educational Foundation Courses:

- Las Vegas, NV (10/13/84): 4-hour course on Eyelid Reconstruction
- Las Vegas, NV (10/14/84): 2-hour course on Ptosis Surgery
- Kansas City, MO (10/30/85): 4-hour course on Eyelid Reconstruction
- Kansas City, MO (11/1/85): 2-hour course on Ptosis Surgery
- Los Angeles, CA (10/30/86): 4-hour course on Eyelid Reconstruction
- Los Angeles, CA (10/30/86): 2-hour course on Ptosis Surgery
- Atlanta, GA (11/12/87): 4-hour course on Eyelid Reconstruction
- Atlanta, GA (11/12/87): 2-hour course on Ptosis Surgery

3) Course Co-Instructor at the annual meeting for the American Society for Aesthetic Plastic Surgery, "Complications of Blepharoplasty," San Francisco, CA, 3/22/88, Chicago, IL, 4/3/90, and New York, NY, 5/2/91.

Curriculum Vitae
Michael P. Vincent

4) Acted as faculty for the Eleventh Annual Flap Dissection Workshop, Norfolk, VA, 6/19-6/23/88

5) Served as instructor for a Plastic Surgery Educational Foundation course, "A Comprehensive Course on Oculoplastic Surgery." This was a 4-hour course given at the annual American Society of Plastic and Reconstructive Surgeons meeting, Toronto, Canada, 10/6/88 and again in San Francisco, CA, 11/1/89. It was converted to a 3-hour course for the annual meeting in Seattle, WA, 9/25/91.

6) Instructor – Advanced Trauma Life Support (ATLS) C-4B course, San Antonio, TX, 1/19-1/23/89.

7) Served as faculty member for the American College of Surgery Cancer Management course, 2/3-2/4/89. Presented "Breast Conservation Surgery."

8) Instructor – Multiple Advanced Trauma Life Support (ATLS) courses and Military Contingency course, 1984-1992.

### *"Local" Lectures:*

1) "Soft Tissue Repair of Myelomeningocele Defects," Annual CME Conference, NNMC, 10/26/84.

2) "Breast Reconstruction," Tumor Board, NNMC, 11/13/84.

3) "Surgical Management of Thyroid Disease," and "Reconstruction of Medial Canthal Defects," delivered to the Ophthalmology Department, NNMC, 12/21/84.

4) "Melanoma Update," Cancer Committee Symposium, NNMC, 1/15/85.

5) "Breast Reconstruction," General Surgery Department, Grand Rounds, NNMC, 4/26/85.

6) "Skin Grafts," delivered to the Department of Dermatology, NNMC, 7/18/85.

7) Flaps for Reconstruction," delivered to the Department of Dermatology, NNMC, 7/23/85.

8) "Oculoplastic Surgery," delivered to the Department of Dermatology, NNMC, 8/29/85.

Curriculum Vitae
Michael P. Vincent

9) "Subcutaneous Mastectomy," General Surgery Department, NNMC, 12/20/85.

10) "Eyelid Reconstruction," delivered to the Otolaryngology Department Grand Rounds, NNMC, 1/30/86.

11) "Surgical Reconstruction of the Cleft Nose," Cleft Palate Conference, NNMC, 4/26/86.

12) "What's New in Plastic Surgery," Hospital Amphitheater, Open House at NNMC, 5/17/86.

13) "Facial Embryology, Cleft Lip/Palate Problems," Oral Surgery Board Review Course, NNMC, 2/20/87.

14) "Eyelid Ptosis – Diagnosis and Management," Plastic Surgery Staff, NNMC, 3/13/87.

15) "Flaps for Head and Neck Reconstruction," Department of Dermatology, NNMC, 5/14/87.

16) "Breast Reconstruction," delivered to the local Breast Reconstruction Support Group ("My Image"), 7/24/86, 3/24/87, 12/10/88, and 11/18/89.

17) "Post-Mastectomy Breast Reconstruction," General Surgery Department Grand Rounds, NNMC, 12/18/87.

18) "Facial Embryology, Cleft Lip/Palate Problems," Oral Surgery Board Review Course, NNMC, 2/16/88, 2/14/89, and 2/8/90.

19) "Ptosis Surgery – Physical Examination and Considerations," Opthalmology Department, NNMC, 2/19/88.

20) "Operation Smile – Philippines," Local Washington Group, 3/7/88.

21) "Ptosis Surgery – Surgical Procedures," Ophthalmology Department, NNMC, 3/18/88.

22) "Medical Licensure for Plastic Surgeons," Washington ASPRS Leadership Conference, Capitol Hill, Washington, DC, 6/14/88.

Curriculum Vitae
Michael P. Vincent

23) "Infections of the Hand," American Society for Surgery of the Hand Review Course, Washington, DC, 11/20/88.

24) "Breast Reconstruction," Radiology Department, NNMC, 5/23/89.

25) "Clinical Microsurgery," 2/27/89, 5/22/89, 5/14/90, and 12/6/91, Uniformed Services University of the Health Sciences, Bethesda, MD.

26) "External Levator Aponeurosis Surgery," Norfolk Alumni meeting, Norfolk, VA, 3/24/90.

27) "Blepharoplasty – A Preop Evaluation," Optometry Department, NNMC, 5/11/90.

28) "Burns," USNS Comfort Surgical Department, Persian Gulf, 2/91.

29) "Facial Trauma and Flaps," USNS Comfort Surgical Department, Persian Gulf, 2/91.

30) "Cleft Lip and Palate Problems, " Pediatrics Department, NNMC, 4/22/91.

31) "My Experiences Aboard the USNS Comfort in the Persian Gulf," Franklin-Sherman Elementary, 4/26/91, and to the Potomac Nursery School, Wayside Elementary, and Hoover Middle School, Potomac, MD.

32) "Cutaneous Coverage," NNMC, Dermatology Department, 5/30/91.

33) "Blepharoplasty:  Perspective Consideration," NNMC, Department of Otolaryngology Grand Rounds, 7/24/91.

34) "The Controversy of Silicone Implants," My Image After Breast Cancer meeting, 9/14/91.

35) "What's New in Plastic Surgery," Washington Clinic, Washington, D.C., 2/7/92.

36) "Clinical Microsurgery" and "Cleft Lip and Palate Problems" at the Oral Surgery Board Review Course, 2/14/92.

37) "Eyelid Reconstruction," Annual Military Plastic Surgery Symposium, Bethesda, MD, 4/7/92.

Curriculum Vitae
Michael P. Vincent

38) "Eyelid and Lacrimal Abnormalities," Georgetown University Plastic Surgery Residents, Washington, DC, 4/14/92.

39) Medical Student/Resident Lectures (frequent) on Wound Healing, Burns, Suture Techniques, Skin Cancer/Melanoma, and Skin Grafts/Flaps.

40) "What's New in Plastic Surgery," Grand Rounds at Shady Grove Adventist Hospital, Rockville, MD, 1994.

## *Miscellaneous:*

1) Helped initiate the formation of the local Breast Reconstruction Support Group (My Image After Breast Cancer – a Y-ME Affiliate).  Currently serve as medical advisor to the group.

2) Served as a consultant in Plastic Surgery to the office of the Naval Medical Command for Medico-Legal affairs, Bethesda, MD, 1984-92.

3) Served as the plastic surgeon and medical officer in charge of the Burn Unit aboard the USNS Comfort deployed during the Persian Gulf War, 8/21/90-3/9/91.

4) Provided plastic surgery care for two recent Presidents, Vice Presidential families, and members of the U.S. Supreme Court and U.S. Congress, 1984-92.

5) Testified before the FDA Advisory Panel on Silicone Gel Breast Implants, Washington, DC, 11/13/91.