IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELIZABETH GUEVARA, et al.          :
                                   :
    Plaintiffs,                    :
                                   :
v.                                 :          Civil Action No.:  10-1941 (RMC)
                                   :
CHUKEWUEMEKA ONYEWU, M.D.           :
                                   :
    Defendant.                     :

## EXPERT REPORT OF PAUL G. RUFF IV, M.D., F.A.C.S.

**Witness:**   Paul G. Ruff IV, M.D., F.A.C.S.
            2440 M Street, NW
            Suite 400
            Washington, D.C.  20037

A.   Qualifications and Basis for Opinions:

I am board certified in Plastic Surgery and General Surgery and have had a private plastic surgery practice since 2001. A copy of my *curriculum vitae* is attached hereto. I have reviewed the complete medical records of Ms. Guevara and associated pre- and post-operative pictures.

B.   Summary of Opinions:

Mrs. Guevara presented to Dr. Onyewu on April 26, 2007 for evaluation and management of an infected cortisone pump implanted for pain management secondary to injuries suffered in a motor vehicle crash. Her abdomen was noted to have an open wound in the right lower quadrant with tenderness to palpation with a tender transverse scar. Dr. Onyewu recommended reconstruction of the abdominal wall and scar revision of the abdomen. She requested further aesthetic surgery to include brachioplasty, liposuction of the sides, thighs and fat injection to the face. She underwent preoperative visit and informed consent on June 11, 2007. A full discussion of the risks, complication and alternatives, including possible scarring was had. Surgery proceeded on June 27, 2007.

Post-operatively Mrs. Guevara's blood pressure was difficult to control requiring admission to the CCU (Cardiac Care Unit) for more stringent monitoring and treatment. Throughout the postoperative period, she was noted to have excellent radial artery pulses bilaterally. On July 1st, some blistering was noted at the left arm incision. She was discharged with topical care, elevation and planned follow up July 5, 2007.


EXHIBIT B

Topical wound care continued using Silvadene until August 13, 2007 at which time it was switched to Vitamin E oil. During her follow up visit on September 10, 2007, a plan for surgical revision with liposuction of the left distal-medial arm, left flank and right thigh was planned. This was performed in the office under local anesthesia and oral sedation without incident on October 16, 2007.

The resultant scars on the arms and the abdomen were treated with topical silicone gel. Despite appropriate care this patient developed hypertrophic scars at all her surgical incision sites.

It is my opinion that Dr. Onyewu at all times complied with the standard of care and that Mrs. Guevara's scars are not the result of a breach in the standard of care. It is also my opinion that Dr. Onyewu's pre-operative evaluation, intra-operative conduct, and post-operative management are not the proximate cause of the scars.

C.   Prior Testimony:

I have not provided deposition or trial testimony in the last four years.

D.   Summary of Professional Charges:

| ½ Day Trial Appearance venue: District of Columbia, Maryland or Virginia | $7,500.00 | We try to prevent all day trials. 50% of amount is due 5 business days in advance, non-refundable. Balance due on the day of trial. |
|---|---|---|
| Deposition or Video Deposition | $1,500.00 | Per hour Minimum 2 hours To be paid in advance before deposition begins |
| Review of records Per ½ hour with a minimum of ½ hour | $250.00 | |

For this case I have billed for the following time:

Chart review         2h 32m
Conference call      52m
Report preparation   1h 33m

_____
Paul G. Ruff IV, M.D., F.A.C.S.

2440 M ST. NW SUITE 200 • WASHINGTON, DC 20037
PHONE (202) 785-4187 • FAX (202) 785-1370 • E-MAIL DRRUFF@RUFFPLASTICSURGERY.COM

# PAUL G. RUFF IV, M.D., F.A.C.S.

## Ruff Plastic Surgery

CERTIFICATION

    Diplomate National Board of Medical Examiners, July 1994

    Diplomate American Board of Surgery, February 2000

    Diplomate American Board of Plastic Surgery, November 2003

PRACTICE

    Private Practice
    July 2001-Present

EDUCATION

    Eastern Virginia Medical School
    Norfolk, VA
    M.D. May 1993

    Georgetown University
    Washington, D.C.
    B.S. Biology May 1989

    Gonzaga College High School
    Washington, D.C.
    May 1985

POSTGRADUATE TRAINING

| | |
|---|---|
| General Surgery | Washington Hospital Center<br>Washington, D.C.<br>July 1993-June 1996, July 1997-June 1999 |
| Surgical Critical Care | Washington Hospital Center<br>Washington, D.C.<br>July 1996-June 1997 |
| Plastic Surgery | University of California, San Diego Medical Center<br>San Diego, CA<br>July 1999-June 2001 |

COURSES

    The Curtis National Hand Center Microsurgical Training Program, June 1999

    AO/ASIF Basic Maxillofacial Course, January 2000

    Contour Threads/Threadlift, July 2005

Instructor: Facial Rejuvenation Through the Combined Use of Dermal Fillers and Injectables, ASPS Baltimore 2007

## ACTIVITIES

Medical School Class Vice President 1990-1991, 1992-1993

Operation Smile 1991-1993

Intramural Sports 1989-1993; Football Champions 1991

High School Sports Physicals 1992-1993

Drug and Alcohol Awareness Teaching 1991-1993

Instructor Wound Management Course La Jolla, CA 1999-2001

Interface UCSD 1999-2003

Speaker/Trainer: Dermik Aesthetics for Sculptra, Facial Volume Restoration

Speaker/Trainer: Allergan Medical, Botox Cosmetic, Juvederm, Latisse

## AWARDS AND HONORS

Winner Washington, D.C. Chapter of the American College of Surgeons Section on Trauma Resident Paper Competition, 1996

Chief Administrative Resident, Washington Hospital Center Department of Surgery, 1998-1999

Edward Alva Gould Senior House Officer Award for Excellence Washington Hospital Center 1999

UCSD Department of Surgery Chairman's Prize, 2001

Washingtonian Magazine Top Doctors since 2005

Northern Virginia Top Doctors 2007

Consumers Check Book Top Doctors 2007, 2011

Best Doctors in America 2008-2010

Featured in New Beauty Magazine, 2007-2008

## ACCOMPLISHMENTS

Development and Implementation of Ventilator Weaning Critical Pathway

Co-investigator: Inhaled Nitric Oxide in the Treatment of Adult Respiratory Distress Syndrome

Sub investigator: The Use of Diaspirin Cross linked Hemoglobin for the Evidence of Reduction of Peri operative Blood Transfusions

Sub-investigator: The Efficacy of Diaspirin Cross-linked Hemoglobin in the Treatment of Severe Hemorrhagic Shock

BIBLIOGRAPHY

Chapters

Ruff IV PG. Mediastinitis. in Karamanoukian H, Soltoski P, Salerno T (Eds): Thoracic Surgery Secrets. Philadelphia, Hanley and Belfus, 2001, Chap. 44

Ruff IV PG. Chest Wall Reconstruction. In Karamanoukian H, Soltoski P, Salerno T (Eds): Thoracic Surgery Secrets. Philadelphia, Hanley and Belfus, 2001, Chap 48.

Ruff IV PG. Neuromuscular Blockers in Guttenberg, S (Eds): Cosmesis of the Face, Mouth and Jaws. John Wiley and Sons, 2011

Manuscripts

Deb S., Martin B., Sun L., Ruff P., DeBraux S., Austin B., Rich N.M., Rhee P. Lactated Ringer's resuscitation in hemorrhagic shock rats induces immediate apoptosis. J Trauma 1999, 46:582

Sun L., Ruff P., Austin B., Deb S., Martin B., Burris D., Rhee P., Early upregulation of ICAM-1 and VCAM-1 expression in rats with hemorrhagic shock and resuscitation. Shock 1999, 11:416

Rhee P., Wang D., Ruff P., Wolcott K., Debraux S., Austin B., Burris D., Sun L. Human neutrophil activation and increased adhesions by various resuscitation fluids. Critical Care Medicine 2000, 28:1;74

Abstracts

Rhee P., Wang D., Ruff P., Wolcott K., Debraux S., Austin B., Burris D., Sun L. Human neutrophil activation and increased adhesions by various resuscitation fluids. Critical Care Medicine 1998, 45:195

Deb S., Martin B., Sun L., Ruff P., DeBraux S., Austin B., Rich N.M., Rhee P. Lactated Ringer's resuscitation in hemorrhagic shock rats induces immediate apoptosis. J Trauma 1998, 45:195

Sun L., Ruff P., Austin B., Deb S., Martin B., Burris D., Rhee P., Early upregulation of adhesion molecules by Lactated Ringer's resuscitation in hemorrhaged rats. Shock 1998, 9:S1:53

Presentations

Primary closure versus colostomy and drainage for penetrating rectal trauma: A change in traditional management. Ruff P., Harviel J.D., Paul B.K., Buchly M., Golocovsky M., Finelli F.
Presented at Region III American College of Surgeons Committee on Trauma Resident Paper Competition

Immediate upregulation of E selectin and ICAM-1 is affected by resuscitation fluids after hemorrhagic shock. Rhee P., Sun L., Ruff P., DeBraux S., Austin B., Rich N.M.
Presented at the Society of University Surgeons, Resident Section, September 1997

Craniofacial distraction in the infant and neonate. Ruff P., Holmes R., Cohen S., Dobke M.
Presented at the California Society of Plastic Surgeons, May 2001

Posters

Rhee P., Wang D., Ruff P., DeBraux S., Austin B., Burris D., Sun L. Human neutrophil activation and increased adhesions by various resuscitation fluids. 27th Annual Educational and Scientific Symposium, Society of Critical Care, San Antonio, TX February 1998

Deb S., Martin B., Sun L., Ruff P., DeBraux S., Austin B., Rich N.M., Rhee P. Lactated Ringer's resuscitation in hemorrhagic shock rats induces immediate apoptosis. Uniformed Services University of the Health Sciences Research Day, Bethesda, MD, April 2, 1998

Sun L., Ruff P., Austin B., Deb S., Martin B., Burris D., Rhee P., Early upregulation of adhesion molecules by Lactated Ringer's resuscitation in hemorrhaged rats. Uniformed Services University of the Health Sciences Research Day, Bethesda, MD, April 2, 1998

Sun L., Ruff P., Austin B., Deb S., Martin B., Burris D., Rhee P., Early upregulation of adhesion molecules by Lactated Ringer's resuscitation in hemorrhaged rats. 21st Annual Conference on Shock, San Antonio, TX, June 1999

PROFESSIONAL AFFILIATIONS

American College of Surgeons (Fellow)

American College of Surgeons, Washington, D.C. Chapter

American Society of Plastic Surgeons

American Society of Aesthetic Plastic Surgeons

American Medical Association

American Society for Lasers in Medicine and Surgery

Medical Society of the District of Columbia

National Capitol Society of Plastic Surgeons

The Wound Healing Society

UnderSea and Hyperbaric Medical Society

Osler Society of Washington, D.C.

PRIVILEGES

Washington Hospital Center

MedStar Surgical Center

Sibley Memorial Hospital

Georgetown University Hospital

Suburban Hospital