UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH GUEVARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHUKEWUEMEKA ONYEWU,<br><br>　　　　　Defendant. | Civil Action No. 10-1941 (RC)<br>Judge Rudolph Contreras |

ORDER RESOLVING
MOTIONS IN LIMINE AND MOTION FOR SUMMARY JUDGMENT

In light of the 9/20/21 pretrial conference in this matter, and for the reasons stated orally in open court, it is **HEREBY ORDERED** that:

the defendant's motion in limine to preclude evidence of his failed board certification, Dckt. #36, is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's motion in limine to preclude evidence of prior lawsuits, Dckt. #37, is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion in limine to exclude cumulative expert testimony, Dckt. #39, is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that the plaintiff's motion in limine to exclude and prohibit expert opinion testimony by lay witnesses, Dckt. #40, is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that the defendant's motion for summary judgment, Dckt. #44, is **DENIED** pursuant to Federal Rule of Civil Procedure 56(b) for being untimely.

**SO ORDERED**.

**DATED:**  September 21, 2012　　　　　　　　　　　/s/ *Rudolph Contreras*
　　　　　　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1