# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

<u>Elizabeth Guevara</u>

*v.*

<u>Chukewuemeka Onyewu, M.D.</u>

Pltf. Atty.: <u>   Jeffrey Seaman, Esquire   </u>   Judge: <u>   Rudolph Contreras   </u>

Def. Atty: <u>   Larry D. McAfee, Esquire   </u>   Clerk: _____

Case No.: <u>   10-1941 (RC)   </u>   Trial Date: <u>   January 7, 2013   </u>

## PLAINTIFF'S EXHIBIT LIST

| Joint Ex. No. | Plf. Ex. No. | Def. Ex. No. | Item Description | Qt. | ID | Adm. | Over Obj. | No Obj. |
|---|---|---|---|---|---|---|---|---|
| | 1 | | Payment Plan Agreement with Defendant | | | | | |
| | 2A | | Photographs of Plaintiff's arms following surgery by Defendant | | | | | |
| | 2B | | Photographs of Plaintiff's arms following surgery by Defendant | | | | | |
| | 2C | | Photographs of Plaintiff's arms following surgery by Defendant | | | | | |
| | 2D | | Photographs of Plaintiff's arms following surgery by Defendant | | | | | |
| | 3A | | Photographs of Plaintiff's arms prior to revision surgery | | | | | |
| | 3B | | Photographs of Plaintiff's arms prior to revision surgery | | | | | |
| | 3C | | Photographs of Plaintiff's arms prior to revision surgery | | | | | |
| | 4A | | Photographs of Plaintiff's arms following revision surgery | | | | | |
| | 4B | | Photographs of Plaintiff's arms following revision surgery | | | | | |
| | 5 | | Curriculum vitae of Christopher Saunders, MD | | | | | |
| | 6 | | Records of Christopher Saunders, MD (including statement of account) | | | | | |

1

| Joint Ex. No. | Plf. Ex. No. | Def. Ex. No. | Item Description | Qt. | ID | Adm. | Over Obj. | No Obj. |
|---|---|---|---|---|---|---|---|---|
| | 7 | | Report and supplement thereto by Christopher Saunders, MD | | | | | |
| | | | The Plaintiff may also present the following: | | | | | |
| | 8a | | Illustration:   blood flow of arm; normal anatomy | | | | | |
| | 8b | | Illustration:  suture without tension | | | | | |
| | 8c | | Illustration:  suture with tension | | | | | |
| | 9a | | Illustration:  brachioplasty procedure | | | | | |
| | 9b | | Illustration:  brachioplasty procedure | | | | | |
| | 9c | | Illustration:  brachioplasty skin removal | | | | | |
| | 10a | | Illustration:  brachioplasty closure; normal tension | | | | | |
| | 10b | | Illustration:  brachioplasty closure; excessive tension | | | | | |
| | 11a | | Illustration:  tension injury | | | | | |
| | 11b | | Illustration:   deep dermal injury | | | | | |
| | | | | | | | | |