# Brachioplasty with Normal Tension:



NECK

ELBOW

Breast

Normal Tension So blood supply REMAINS NORMAL